

77 West Washington Street, Suite 1402, Chicago, IL 60602  Tel: 312-419-1008  |  Fax: 312-419-1025  www.flsalaw.com

August 8, 2019

*Via Electronic Court Filing System*
The Honorable Vernon S. Broderick
United States District Court
Southern District Of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

      Re:   *Joanna Solis et al. v. Orthonet LLC*
            Case No. 1:19-cv-04678-VSB-BCM

Dear Judge Broderick:

      We represent Plaintiffs in the above-referenced matter. We write jointly with Defendant to request that this case be removed from the mediation program pursuant to the Procedures of the Mediation Program (12/26/2018), Paragraph 3. The parties have agreed to privately mediate the case. The private mediation will occur on November 11, 2019.

      The parties propose that, no later than November 18, 2019, they will submit a joint status report to update the Court on the status of any potential settlement.

                                  Respectfully submitted,

                                  Maureen A. Salas

cc:   All Counsel of Record (via ECF)
       Mediation Office