

77 West Washington Street, Suite 1402, Chicago, IL 60602  Tel: 312-419-1008  |  Fax: 312-419-1025  www.flsalaw.com

January 22, 2020

*Via Electronic Court Filing System*
Hon. Vernon S. Broderick
United States District Court, Southern District Of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:    *Solis v. Orthonet LLC*, No. 19-cv-4678 (VSB)

Dear Judge Broderick:

    We represent Plaintiffs in the above-referenced matter. The parties jointly submit this status update letter in advance of the initial pretrial conference set for January 30, 2020, at 11 a.m.

    The parties attended a mediation with a private mediator on January 13, 2020. The mediation was successful. The parties have reached an agreement that, if approved by the Court, will resolve the entire case. The parties are preparing settlement documents and will seek approval of the settlement by the Court.

    The parties request the Court stay this action while the settlement documents are prepared and vacate all pretrial deadlines set in this matter, including the January 30, 2020, initial pretrial conference. We respectfully request the Court set a date after February 24, 2020, for submitting a status report regarding settlement if the parties have not already filed a joint motion for preliminary approval of the settlement.

    Respectfully submitted,

    Maureen A. Salas

cc:    All Counsel of Record (via ECF)