

77 West Washington Street, Suite 1402, Chicago, IL 60602  Tel: 312-419-1008  |  Fax: 312-419-1025  www.flsalaw.com

January 29, 2020

*Via Electronic Court Filing System*
Hon. Vernon S. Broderick
United States District Court, Southern District Of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/31/2020

Re:   *Solis v. Orthonet LLC*, No. 19-cv-4678 (VSB)

Dear Judge Broderick:

We represent Plaintiffs in the above-referenced matter. The Parties jointly submit this letter in response to the Court's January 24, 2020, Order requesting a five-page letter explaining why this FLSA settlement reflects a fair and reasonable compromise of disputed issues.

The proposed settlement resolves claims brought under both the FLSA and under the New York Labor Law, pursuant to Federal Rule of Civil Procedure 23. Because this is a hybrid class and collective settlement, the Parties request permission to file a formal motion for preliminary approval and a memorandum of law in support of that motion in lieu of a 5-page letter. A formal motion will allow the Plaintiffs to fully explain why the settlement satisfies the five factors set out in *Beckert* and why it meets the standards for preliminary approval of a class action settlement under Rule 23 as well as the requirements of 29 U.S.C. § 216(b).

The memorandum of law in support of the motion for preliminary approval will not exceed 25 pages, as is required by the Individual Rules & Practice applicable to this case.

Respectfully submitted,

Maureen A. Salas

cc:   All Counsel of Record (via ECF)