IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNA SOLIS, MAURA LYONS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>ORTHONET LLC,<br><br>*Defendant*. | Civil Action No. 1:19-CV-4678 (VSB) |

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND APPROVAL OF THE FLSA SETTLEMENT**

Class Representatives Joanna Solis and Maura Lyons, on behalf of themselves and the Settlement Class Members they represent, move this Court for an order (1) finally certifying the proposed FLSA collective and Rule 23 NYLL classes for settlement purposes; (2) granting final approval of the proposed Settlement Agreement as a fair, reasonable, adequate and binding settlement; (3) approving service payments of $7,500, each, to Named Plaintiffs Solis and Lyons, and a service award of $1,000, each, to Opt-In Plaintiffs Michelle McPhillip, Sherilyn Thomas, Sophia Maria Prassas, Sharon Braud-Auguste, Wendy A. Horn, Danielle Khatab Baciare, Ilya Rivkin, Marcia Semple, and Dana Mack; (4) fully and finally dismissing the Action with prejudice, and (5) retaining jurisdiction to enforce the terms of the Settlement Agreement.

In support of this Motion, the Class Representatives submit a supporting Memorandum of Law in Support of their Unopposed Motion for Certification of Settlement Class, Final Approval of Class Action Settlement, and Approval of the FLSA Settlement, and they previously submitted a Motion for an Award of Attorneys' Fees and Litigation Expenses (ECF No. 51). The

1

Class Representatives request that the Court enter the proposed Final Approval Order, attached as Exhibit 1 to the Memorandum of Law.

Dated:  July 30, 2021

Respectfully submitted,

/s/ Maureen A. Salas
*One of Plaintiffs' Attorneys*


DOUGLAS M. WERMAN (*pro hac vice*)
MAUREEN A. SALAS (*pro hac vice*)
**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
P: (312) 419-1008
dwerman@flsalaw.com
msalas@fsalaw.com

TRAVIS M. HEDGPETH (*pro hac vice*)
Texas Bar No. 24074386
**The HedgpethLaw Firm, PC**
3050 Post Oak Blvd., Suite 510
Houston, TX 77056
P: (281) 572-0727
travis@hedgpethlaw.com

JACK SIEGEL (*pro hac vice*)
Texas Bar No. 24070621
**Siegel Law Group PLLC**
4925 Greenville Avenue, Suite 600
Dallas, TX 75206
P: (214) 790-4454
Jack@siegellawgroup.biz

***Attorneys for Plaintiffs and Others Similarly Situated***